**Deborah Klaus BONFANTI, Appellant,**

v.

**Sharon SYKORA, Respondent.**

**No. 47070.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 3, 1984.

---

Charles E. Foehner, III, St. Louis, for appellant.

Anthony R. Behr, Clayton, for respondent.

## ORDER

**PER CURIAM:**

This is a direct appeal from a judgment in civil action, seeking recovery for alleged damages arising from the alleged negligent operation of a motor vehicle. The judgment is affirmed.

Rule 84.16(b).